ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General
State Bar No. 229854
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for*
*Defendant J. Burnes and Non-Party California*
*Department of Corrections and Rehabilitation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORA SOLARES,**<br><br>               Plaintiff,<br><br>    **v.**<br><br>**JOSEPH BURNES, et al.,**<br><br>              Defendants. | No.<br><br>(ED Cal. No. 1:21-CV-01349)<br><br>**NOTICE OF MOTION TO QUASH SUBPOENAS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant J. Burnes, and non-party California Department of Corrections and Rehabilitation, will move, under Federal Rules of Civil Procedure 45(d)(3), to quash two subpoenas, one directed to non-party California Department of Corrections and Rehabilitation, and one directed to non-party Correctional Lieutenant Erik Beam. The grounds for the motion are: (1)

1

1  the subpoenas would place an undue burden on the responding non-parties; (2)
2  notices of the subpoenas were not properly provided to Defendant before the
3  subpoenas were served, as required under Federal Rule of Civil Procedure 45(a)(4);
4  and (3) as to Mr. Beam, the subpoena would require compliance beyond 100 miles
5  from where he resides, is employed, or regularly transacts business in person.

      The place for compliance for the subpoenas is Los Angeles County, California.  Accordingly, Defendant makes this motion in the Central District of California, rather than the issuing court in the Eastern District.  (Fed. R. Civ. P. 45(d)(3).)  Defendant and non-party California Department of Corrections and Rehabilitation request that the motion be transferred to the Eastern District of California under Federal Rule of Civil Procedure 45(f).

      The motion is based on this notice, the memorandum of points and authorities and all documents attached thereto, the pleadings, records and files in this action, and such other matters as may properly come before the Court.

Dated:  November 19, 2024        Respectfully submitted,

                                                                 ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

***/s/ Jeremy Duggan***
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendant
J. Burnes and Non-Party California
Department of Corrections and
Rehabilitation*

SA2021304683
38556360.docx

2