# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Dora Solares v. Joseph Burnes, et al.** | No. | **TBD (C.D. Cal No.)** <br> **(E.D. Cal No. 1:21-CV-01349-JLT-BAM)** |

I hereby certify that on <u>November 19, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF MOTION TO QUASH SUBPOENAS**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH SUBPOENAS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 19, 2024</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days and by transmitting a true copy via electronic mail to the following non-CM/ECF participants:

| | |
|---|---|
| Erin R. Darling, Esq. <br> Law Offices of Erin Darling <br> E-mail Address: Erin@erindarlinglaw.Com <br> ***Counsel for Plaintiff Dora Solares*** <br> ***Via E-Mail Only*** <br><br> Erik Beam <br> Salinas Valley State Prison <br> P.O. Box 1020, <br> Soledad, CA 93960-1020 <br> ***In Pro Per (Non-Party to Case)*** <br> ***Via U.S. Mail Only*** | Justin E. Sterling, Esq. <br> Law Offices of Justin E. Sterling <br> E-Mail Address: Justin@sterlingdefense.com <br> ***Counsel for Plaintiff Dora Solares*** <br> ***Via E-Mail Only*** |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 19, 2024</u>, at Sacramento, California.

|  |  |
|---|---|
| F. Saunders | */s/ F. Saunders* |
| Declarant | Signature |

SA2021304683
38557184.docx