20UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 24-00139-MWC (ASx) | Date | December 4, 2024 |
|---|---|---|---|
| Title | Dora Solares v. Joseph Burnes | | |

| Present: The Honorable | Alka Sagar, U.S. Magistrate Judge |
|---|---|
| Alma Felix | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER STAYING SUBPOENAS PENDING RESOLUTION OF MOTION TO QUASH SUBPOENAS (Docket No. 1)**

On November 19, 2024, Defendant Joseph Burnes and non-party California Department of Corrections and Rehabilitation ("CDCR") filed a Motion to Quash two subpoenas – directed to non-party CDCR and non party Correctional Lieutenant Erik Beam – in connection with a matter pending in the United States District Court for the Eastern District of California. (Dkt. No. 1). The subpoena issued to non party CDCR requires compliance by December 9, 2024 (Dkt. No. 1; Exh.A); the subpoena issued to non party Erik Beam requires compliance by December 12, 2024 (Id., Exh. B). The Court HEREBY STAYS the deadline to comply with the subpoenas pending resolution of the motion to quash. The Court orders Plaintiff to address, in any opposition to the motion - Defendant and non-party CDCR's contentions that the subpoenas (1) seek information that is not relevant to the operative claims in the case and place an undue burden on non-parties to this case; (2) were not served in compliance with Fed.R.Civ.P. 45(a)(4); and (3) were not served in compliance with Fed.R.Civ. 45(c)(1)(A) with respect to non-party Erik Beam. In addition, the Court orders Plaintiff to address whether the motion should be transferred to the Eastern District of California for determination pursuant to Fed.R.Civ.P. 45(f).

Plaintiff's response is due no later than **December 13, 2024**.

**IT IS SO ORDERED.**

cc: Michelle Williams Court
    United States District Judge