1  Justin E. Sterling, State Bar No. 249491
   LAW OFFICES OF JUSTIN STERLING
2  Justin@SterlingDefense.com
   15760 Ventura Blvd. Suite 700
3  Encino, CA 91436
   Tel. (818) 995-9452/Fax. (818) 824-3533

4  Erin Darling, State Bar No. 259724
   LAW OFFICES OF ERIN DARLING
5  Erin@ErinDarlingLaw.com
   3435 Wilshire Blvd. Suite 2910
6  Los Angeles, CA 90010
   Tel. (323) 736-2230
7
   Attorneys for Plaintiff,
8  Dora Solares

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DORA SOLARES, an individual, | Case No 24-MC-0149-MWC (ASx) |
|---|---|
| Plaintiff, | **BRIEF RE: DEFENDANT'S MOTION TO QUASH SUBPOENA** |
| v. | |
| JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities | |
| Defendants. | |

**TO THE HONORABLE COURT:**

Plaintiff Dora Solares, by and through her counsel of record, hereby withdraws the subpoenas to Correctional Lieutenant Erik Beam and the FRCP 30(b)(6) witness. On December 10, 2024, the Hon. Lee H. Rosenthal granted Plaintiff's Motion for Leave to Amend the Complaint, adding Lieutenant Beam as a defendant. Plaintiff's counsel will schedule Lieutenant Beam's deposition with the counsel that appears on his behalf. Additionally, counsel for Defendant Joseph Burnes has agreed to accept a Notice of Deposition on behalf of FRCP 30(b)(6) witness, and the parties are working together to schedule that deposition. Consequently, the subpoenas are moot, and this motion does not need to be transferred to the Eastern District of California, which was

1

1 | the position Plaintiff would have taken had the issue not been made moot.

3 | Respectfully submitted,

**LAW OFFICES OF ERIN DARLING**

DATED: December 13, 2024

By:   */s/ Erin Darling*
      Erin Darling
      Attorney for Plaintiff,
      DORA SOLARES

# DECLARATION OF ERIN DARLING

I, Erin Darling, hereby declare as follows:

1. I am an attorney permitted to practice in the Eastern District of California, and I represent plaintiff Dora Solares in the above-entitled action, as well as the related case, *Solares v. Diaz, et al.* (1:20-cv-00323-JLT-BAM).

2. On Friday, June 16, 2023, in order to comply with the Court's May 19, 2023, order (*see* Dkt. No. 19) I filed an amended complaint on behalf of Plaintiff, entitled, "Amended Complaint for Damages for Violations of Civil Rights Under 18 U.S.C. § 1983 and Supplemental State Claims; Demand for Jury Trial." However, I mistakenly filed the amended complaint under the related case number (1:20-cv-00323-JLT-BAM), as opposed to the correct case number for this case, *Solares v. Burns, et al.* (1:21-cv-01349- JLT-BAM). I should have filed the amended complaint under the case number for this case and will do so forthwith.

3. Attached herein as Exhibit A is a true and correct copy of the amended complaint that was filed on June 16, 2023, in Eastern District Case No. 1:20-cv-00323-JLT-BAM. *See* Dkt. No. 57, "Amended Complaint for Damages for Violations of Civil Rights Under 18 U.S.C. § 1983 and Supplemental State Claims; Demand for Jury Trial". Exhibit A is identical to the amended complaint that I will file today, other than it has the case number for the related case and not this case, and bears the date of June 16, 2021, rather than June 21, 2023.

4. This morning I called and emailed defense counsel, Deputy Attorney General Jeremy Duggan. In my email informed Mr. Duggan that I would be filing a notice of erratum, as well as the amended complaint in the second case (1:21-cv-01349- JLT-BAM). Mr. Duggan is representing all defendants in both the first case and the second

3

case, and he receives ECF notice for both cases. In fact, in his email to me Mr. Duggan attached the amended complaint that was filed on June 16, 2023, in the related case 1:20-cv-00323-JLT-BAM. The Court ordered that both cases be related on September 15, 2021. *See* E.D. Cal. Case No. 1:21-cv-01349- JLT-BAM, Dkt. No. 4. In that Order the Court stated, "Going forward, all documents shall bear the new case number," in reference to 1:21-cv-01349. *Id.*

5.	Thus, I should have filed the amended complaint under this case number, but there is no prejudice to defendants in either case, as Mr. Duggan was put on notice of the amended complaint and only one business day had passed (June 17 and 18, 2024 being Saturday and Sunday, and June 19, 2023 being a federal holiday). I apologize for the confusion and respectfully request that the Court accept the amended complaint in this case that I will be filing today.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 21, 2023            */s/ Erin Darling*
                                ERIN DARLING
                                Attorney for Plaintiff, Dora Solares

4