20UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | MC 24-00139-MWC (ASx) | Date | December 19, 2024 |
|---|---|---|---|
| Title | Dora Solares v. Joseph Burnes | | |

| Present: The Honorable | Alka Sagar, U.S. Magistrate Judge |
|---|---|

| Alma Felix | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER GRANTING REQUEST TO WITHDRAW SUBPOENAS (Docket No. 1)**

On December 13, 2024, Plaintiff Dora Solares filed a brief re Defendant's pending motion to quash subpoenas informing the Court that due to Plaintiff's withdrawal of the subpoenas at issue, the motion is now moot. (Dkt. No. 5). Accordingly, Defendant's motion is DENIED as moot and this matter is now closed.

**IT IS SO ORDERED.**

cc:  Michelle William Court
     United States District Judge